UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| NINA WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>        Defendant. | Case No.: 3:17-cv-00017-MHL<br><br>STIPULATION OF DISMISSAL |

COMES NOW Plaintiff NINA WILLIAMS, by and through her attorney of record, Taylor-Lee W. Stokes, and Defendant I.C. SYSTEM, INC., by and through their attorney of record, Patrick K. Burns, hereby notify the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both Plaintiff and Defendant jointly request this Court dismiss the action with prejudice, both parties to bear own costs.

Date: June 14, 2017

s/ *[signature]*
Taylor-Lee W. Stokes
Taylor-Lee W. Stokes, P.C.
6933 Commons Plaza, Suite 101
Chesterfield, VA 23832
Telephone: 804-318-0653
Email: twstokes@attorneysstokes.com
*Attorney for Plaintiff*
*Nina Williams*

s/
O'Kelly E. McWilliams III, Esq.
Patrick K. Burns, Esq.
Gordon & Rees LLP
1300 I Street, NW Suite 825
Washington, D.C. 20005
Telephone: 202-399-1009
Facsimile: 202-800-2999
Email: omcwilliams@gordonrees.com
Email: pburns@gordonrees.com
*Attorney for Defendant*
*I.C. System, Inc.*

**SO ORDERED**

6/21/17     /s/ *[signature]*
M. Hannah Lauck
**United States District Judge**

-1-